UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DONNA BINGERT and ALAN BINGERT,
individually and as Co-Administrators of the
Estate of Zachary Bingert, deceased,

            Plaintiffs,

    - against -                   **ORDER**

CITY OF NEW YORK, et al,            11 CV 5961 (KAM)

            Defendants.
----------------------------------------------------------X

On December 7, 2011, Donna and Alan Bingert ("plaintiffs") brought this suit against the City of New York, the New York City Police Department, Sergeant Steven Bennet, Police Officer Westley Dunbar, and Police Officer Raymond Nappi ("defendants"), claiming three causes of action resulting from the alleged wrongful death of their son.

On May 15, 2012, the Court ordered defendants to submit copies of the defendant police officers' medical records, relating to their injuries sustained in connection with the underlying incident, for in camera review. On September 7, 2012, defendants submitted the requested documents, identified with Bates Nos. DE 003001 through DE 003057, with defendants' proposed redactions. Specifically, defendants suggested redactions of medical record numbers, hospital financial numbers, dates of birth, social security numbers, marital status, personal home and cell phone numbers, home addresses, internal NYPD case control numbers, prescription numbers, prior injuries, family medical history, social history, precincts and counties of residence, NYPD medical districts, and direct dial telephone numbers of City employees.

By letter dated September 10, 2012, plaintiffs submitted their opposition to the requested

redactions on limited grounds. Specifically, plaintiffs opposed defendants' decision to withhold Police Officer Nappi's hospital treatment records, and they opposed the proposed redactions of the NYPD case control numbers, social history, and precincts for Officers Bennett and Dunbar.

Having reviewed the documents submitted in camera, the Court finds that the proposed redactions are appropriate. The Court also finds that disclosure Officer Nappi's medical records is not likely to lead to the discovery of admissible evidence.

Accordingly, defendants are Ordered to produce redacted versions of the documents identified with Bates Nos. DE 003001 through DE 003057 to plaintiffs.

**SO ORDERED.**
Dated: Brooklyn, New York
October 4, 2012

Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York